**DORA EISENBERG, joined by her husband, JULIUS EISENBERG, v. HARRY A. CORNBLUM.**

22 So. (2nd) 627     June Term, 1945
June 15, 1945     En Banc
Rehearing denied July 20, 1945

*Hoffman & Durant,* for appellants.
*McKay, Dixon & DeJarnette,* for appellee.

PER CURIAM:

The record and the briefs in this cause have been thoroughly examined and reveal no reversible error.

Affirmed.

TERRELL, BROWN, ADAMS and SEBRING, JJ., concur.

CHAPMAN, C. J., BUFORD and THOMAS, JJ., dissent.

BUFORD, J., dissenting:

I think the contract was so vague and indefinite that on many matters there was no meeting of the minds of the parties and therefore equity will not decree specific performance.